AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cr-370 (LAP) |
| Naason Joaquin Garcia | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Naason Joaquin Garcia

Date: 09/29/2025

*Attorney's signature*

Alan J Jackson   SBN 173647
*Printed name and bar number*

WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017

*Address*

ajackson@werksmanjackson.com
*E-mail address*

(213) 688-0460
*Telephone number*

(213) 624-1942
*FAX number*