Caleb Mason, Esq. (State Bar No. 246653)
WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: cmason@werksmanjackson.com

Attorney for Defendant
NASSON JOAQUIN GARCIA

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA, | Case No.: 25-CR-370 |
|---|---|
| Plaintiff, | **Hon. Loretta A. Preska** |
| v. | **DECLARATION OF CALEB MASON** |
| NASSON JOAQUIN GARCIA, | |
| Defendant. | |

## **DECLARATION OF CALEB MASON**

I, Caleb Mason, declare as follows:

1. I am a member of the bar of the states of California and Illinois, and am admitted pro hac vice in this Court. I am a partner at the law firm of Werksman Jackson & Quinn, LLP, and I represent Defendant Naason Joaquin Garcia in the matter now pending before this Court. I make this declaration from personal knowledge, and if called as a witness I could and would testify competently to the facts set forth herein.

2. Attached hereto as **Exhibits A, B, and C** are true and correct copies of meet-and-confer emails between me and AUSA Ryan Allison, Government counsel in this case, regarding the Government's proposed protective order ("PPO") at

1. issue in this Motion, dated respectively September 25, 2025, September 30, 2025, and October 3, 2025.

3. Attached hereto as **Exhibit D** is a true and correct copy of the Second Amended Information in Mr. Garcia's prior state-court criminal case, *People v. Garcia*, No. BA484133 (Los Angeles County Sup. Ct., dated Oct. 5, 2020) ("Prior State Case").

4. Attached hereto as **Exhibit E** is a true and correct copy of the Indictment in *United States v. Garcia*, No. 2:23-cr-0521 (S.D. Cal., filed Oct. 25, 2023) ("Prior Federal Case").

5. In meet-and-confer discussions in the courtroom on September 23, 2025, among myself, my co-counsel Alan Jackson, and the four AUSAs assigned to this case, Government counsel stated that the discovery in this case would be "largely" the same as discovery in the Prior State Case; and that the Prior Federal Case, on which Mr. Garcia has not been arraigned, would likely be subsumed in some manner into the instant case (the parties did not discuss in detail how or when), because the same conduct is alleged in the instant case.

6. I defended Mr. Garcia in the Prior State Case and the Prior Federal Case, and I reviewed the evidence in both cases. In neither case was Mr. Garcia charged with creating, directing, or possessing "hundreds of photos and videos depicting child sexual abuse material ("CSAM")."

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on October 16, 2025, at Los Angeles, California.

/s *Caleb Mason*
Caleb Mason
Counsel for Mr. Garcia