XAVIER BECERRA
Attorney General of California
JAMES ROOT
Senior Assistant Attorney General
PATRICIA FUSCO
DIANA CALLAGHAN
Supervising Deputy Attorneys General
AMANDA G. PLISNER (SBN 258157)
JEFFREY SEGAL
NICHOLAS SCHULTZ
Deputy Attorneys General
 300 S. Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6000
 E-mail: Amanda.Plisner@doj.ca.gov
*Attorneys for People of the State of California*

FILED
Superior Court of California
County of Los Angeles

OCT 05 2020

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
    Tammy Tsou

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**NAASON JOAQUIN GARCIA (5/7/69),**<br><br>**ALONDRA OCAMPO (2/7/83),**<br><br>**SUSANA MEDINA OAXACA (11/8/94),**<br><br>Defendants. | Case No. BA484133<br><br>**FIRST AMENDED INFORMATION**<br><br>Action Filed: July 30, 2020<br>Dept.: 101<br>Judge: Hon. Ronald Coen |

THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, by this information, accuses the above-named defendants of the following crimes, which are connected to one another in their commission:

## COUNT ONE

In or about the period of August 1, 2017, to February 1, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the

1

crime of LEWD ACT UPON A CHILD, a violation of PENAL CODE SECTION 288(c)(1), a Felony, in that they did willfully, unlawfully, and lewdly commit a lewd and lascivious act upon and with the body, or any part thereof, of JANE DOE 1, who was 15 years old, with the intent of arousing, appealing to, or gratifying, the lust, passions, or sexual desires of said defendant who was at least 10 years older than JANE DOE 1.

### COUNT TWO

In or about the period of August 1, 2017, to February 15, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did unlawfully conspire together to commit the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b)/266j, a Felony, and that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, the said defendants committed the following overt acts at and in the County of Los Angeles:

OVERT ACT I

In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO met with JANE DOE 1, along with other minor members of a La Luz Del Mundo church sub group.

OVERT ACT II

In or about August 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO a group of minor girls that if they went against any desires or wishes of "the Apostle," defendant NAASON JOAQUIN GARCIA, that they were going against god.

OVERT ACT III

In or about September 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO directed JANE DOE 1, along with the other minors, to perform "flirty" dances for defendant NAASON JOAQUIN GARCIA wearing as little clothing as possible.

//
//

## OVERT ACT IV

In or about September 2017, in the County of Los Angeles, and after JANE DOE 1 and the other minors completed their September 2017 dance, defendant NAASON JOAQUIN GARCIA gave them a speech about a king having mistresses and stated that an apostle of god can never be judged for his actions.

## OVERT ACT V

In or about the period of September 2017 to January 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO directed JANE DOE 1 and other minors to take off their clothing and touch each other sexually.

## OVERT ACT VI

In or about the period of September 2017 to January 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO took photos of minor girls touching each other sexually at her direction for the purpose of sending the photographs to defendant NAASON JOAQUIN GARCIA.

## OVERT ACT VII

In or about the period of August 2017 to February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO called JANE DOE 1 to the home of defendant NAASON JOAQUIN GARCIA and asked her to serve him coffee in his office.

## OVERT ACT VIII

In or about the period of August 2017 to February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO walked JANE DOE 1 to the defendant NAASON JOAQUIN GARCIA's office, grabbed the coffee JANE DOE 1 was holding, and told JANE DOE 1 to remove her dress.

## OVERT ACT IX

In or about the period of August 2017 to February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO then returned the coffee to JANE DOE 1.

//
//

OVERT ACT X

In or about the period of August 2017 to February 1, 2018, in the County of Los Angeles, JANE DOE 1 entered the office and defendant NAASON JOAQUIN GARCIA put his arms around her, kissed her on the lips, touched her buttocks, and attempted to touch her vagina.

**COUNT THREE**

In or about the period of August 1, 2017, to February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING BY PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION 266j.

**COUNT FOUR**

In or about the period of August 1, 2017, to February 1, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of PROCURING A CHILD TO ENGAGE IN A LEWD ACT, a violation of PENAL CODE SECTION 266j, a Felony, in that she did unlawfully and intentionally provide or make available JANE DOE 1, a child under the age of 16 years, to another person for the purpose of a lewd and lascivious act as defined in Penal Code section 288.

**COUNT FIVE**

In or about the period of September 1, 2017, to February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE OF A MINOR, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 2, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

It is further alleged that in the commission of the above offense the said defendants personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense

4

to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

### COUNT SIX

In or about the period of September 1, 2017, to February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of UNLAWFUL SEXUAL INTERCOURSE, a violation of PENAL CODE SECTION 261.5(c), a Felony, in that they engaged in an act of unlawful sexual intercourse with JANE DOE 2, a minor not the spouse of the defendant, and the minor being more than three years younger than the defendants.

It is further alleged that in the commission of the above offense the said defendants personally inflicted great bodily injury upon JANE DOE 2, not an accomplice to the above offense, within the meaning of Penal Code section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

### COUNT SEVEN

In or about the period of September 1, 2017, to February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(C), a Felony, in that they did unlawfully accomplish and act of oral copulation with a person, to wit JANE DOE 2, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT EIGHT

In or about the period of September 1, 2017, to February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of ORAL COPULATION OF A PERSON UNDER 18, a violation of PENAL CODE SECTION 287(b)(1), a Felony, in that they did unlawfully participate in an act of oral copulation with JANE DOE 2, a person under the age of 18 years.

//

## COUNT NINE

In or about the period of January 1, 2017, to February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA OAXACA committed the crime of FORCIBLE ORAL COPULATION OF A PERSON UNDER 18, a violation of PENAL CODE SECTION 287(c)(2)(C), a Felony, in that they did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 3, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT TEN

In or about the period of January 1, 2017, to February 28, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA MEDINA OAXACA committed the crime of ORAL COPULATION OF A PERSON UNDER 18, a violation of PENAL CODE SECTION 287(b)(1), a Felony, in that they did unlawfully participate in an act of oral copulation with JANE DOE 3, a person under the age of 18 years.

## COUNT ELEVEN

In or about the period of August 1, 2017, to April 30, 2018, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of CONSPIRACY, a violation of PENAL CODE SECTION 182(a)(1), a Felony, in that they did unlawfully conspire together to commit the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b))/311.2(c), a Felony, and that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, the said defendants committed the following overt acts at and in the County of Los Angeles:

### OVERT ACT I

In or about the period of September 1, 2017, to January 31, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE DOE 3 saying that defendant NAASON JOAQUIN GARICA ["the servant of god"] would be really happy if they sent OCAMPO nude photos for NAASON JOAQUIN GARICA.

6

## OVERT ACT II

In or about the period of September 1, 2017, to January 31, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO sent a message to JANE DOE 1, JANE DOE 2, and JANE DOE 3 telling them to take photos without their underwear and with their legs open, and to send the photos to her.

## OVERT ACT III

In or about the period of September 1, 2017, to January 31, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to an unknown office building, provided them with school girl outfits, directed them to touch their own breasts and buttocks, as well as each other's, and took photos of them doing so.

## OVERT ACT IV

In or about December 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to defendant NAASON JOAQUIN GARCIA'S home and told them to remove their clothing.

## OVERT ACT V

In or about December 2017, in the County of Los Angeles, defendant ALONDRA OCAMPO had JANE DOE 1, JANE DOE 2, and JANE DOE 3 touch each other's breasts and vaginas for photos, and directed them to open their legs so she could take photos of their vaginal areas.

## OVERT ACT VI

In or about January 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO took JANE DOE 1, JANE DOE 2, and JANE DOE 3 to a hotel.

## OVERT ACT VII

In or about January 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO had JANE DOE 1, JANE DOE 2, and JANE DOE 3 take off their clothing, touch each other's breasts and vaginas, and lick whipped cream off each other's breasts.

//
//

OVERT ACT VIII

In or about 2017 and 2018, in the county of Los Angeles, defendant ALONDRA OCAMPO told JANE DOE 1, JANE DOE 2, and JANE DOE 3 that the photos she took of them were for defendant NAASON JOAQUIN GARCIA ["the servant of god"].

OVERT ACT IX

In or about 2017 and 2018, on at least one occasion, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA thanked JANE DOE 1, JANE DOE 2, and JANE DOE 3 for the photos he received of them.

**COUNT TWELVE**

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 1 with the intent to maintain a violation of PENAL CODE SECTION 311.2(c).

**COUNT THIRTEEN**

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal liberty of JANE DOE 2 with the intent to maintain a violation of PENAL CODE SECTION 311.2(c).

**COUNT FOURTEEN**

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of HUMAN TRAFFICKING FOR PRODUCTION OF CHILD PORNOGRAPHY, a violation of PENAL CODE SECTION 236.1(b), a Felony, in that she did willfully and unlawfully deprive and/or violate the personal

liberty of JANE DOE 3 with the intent to maintain a violation of PENAL CODE SECTION 311.2(c).

### COUNT FIFTEEN

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of PRODUCTION/DISTRIBUTION OF CHILD PORNOGRAPHY, in violation of PENAL CODE SECTION 311.2(c), in that she did unlawfully and knowingly send or cause to be sent, and in the State of California did possess, prepare, public, produce, photographs and video, with the intent to distribute, exhibit to, or exchange with a person 18 years of age and older, knowing that the matter depicted a person under the age of 18 years personally engaging in and personally simulating sexual conduct as defined in Penal Code section 311.4.

### COUNT SIXTEEN

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE DOE 1 by means of force and threat such as is mentioned in Section 519.

### COUNT SEVENTEEN

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE DOE 2 by means of force and threat such as is mentioned in Section 519.

### COUNT EIGHTEEN

In or about the period of September 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that she extorted property or other consideration from JANE DOE 3 by means of force and threat such as is mentioned in Section 519.

///

///

**COUNT NINETEEN**

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did unlawfully contact and communicate with a minor, JANE DOE 1, knowing that JANE DOE 1 was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or 311.2 involving JANE DOE 1.

**COUNT TWENTY**

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did unlawfully contact and communicate with a minor, JANE DOE 2, knowing that JANE DOE 2 was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or 311.2 involving JANE DOE 2.

**COUNT TWENTY-ONE**

In or about the period of August 1, 2017, to February 28, 2018, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of CONTACT WITH MINOR FOR SEXUAL OFFENSE, in violation of PENAL CODE SECTION 288.3(a), in that she did unlawfully contact and communicate with a minor, JANE DOE 3, knowing that JANE DOE 3 was a minor, with the intent to commit an offense specified in Penal Code section 261, 289, or 311.2 involving JANE DOE 3.

**COUNT TWENTY-TWO**

In or about the period of June 1, 2015, to July 30, 2015, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that he did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT TWENTY-THREE

In or about the period of June 1, 2015, to July 30, 2015, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that he did unlawfully accomplish and act of oral copulation with a person, to wit JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT TWENTY-FOUR

In or about the period of March 1, 2017, to September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that he did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 4, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT TWENTY-FIVE

In or about the period of March 1, 2017, to September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that he did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 4, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT TWENTY-SIX

In or about the period of March 1, 2017, to September 15, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 4, by means of force and threat such as is mentioned in Section 519.

11

First Amended Information

### COUNT TWENTY-SEVEN

On June 3, 2019, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA, committed the crime of POSSESSION OF CHILD PORNOGRAPHY in violation of PENAL CODE SECTION 311.11(a), a felony, in that he did knowingly possess and control an image, the production of which involved the use of a person under the age of 18 years, knowing that the matter depicted a person under the age of 18 years personally engaging in and simulating sexual conduct as defined in Penal Code Section 311.4(d).

### COUNT TWENTY-EIGHT

In or about the period of February 1, 2016, to February 28, 2016, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 5, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT TWENTY-NINE

In or about the period of February 1, 2016, to February 28, 2016, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that they did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 5, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

### COUNT THIRTY

In or about the period of February 1, 2016, to February 28, 2016, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 5, by means of force and threat such as is mentioned in Section 519.

///

First Amended Information

## COUNT THIRTY-ONE

In or about the period of May 1, 2016, to September 30, 2016, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 5, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

## COUNT THIRTY-TWO

In or about the period of May 1, 2016, to September 30, 2016, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 5, by means of force and threat such as is mentioned in Section 519.

## COUNT THIRTY-THREE

In or about the period of September 1, 2016, to October 31, 2016, in the County of Los Angeles, defendant ALONDRA OCAMPO committed the crime of FORCIBLE SEXUAL PENETRATION, a violation of PENAL CODE SECTION 289(a)(1)(A), a Felony, in that she did unlawfully accomplish an act of sexual penetration against the will of JANE DOE 5 by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on JANE DOE 5.

## COUNT THIRTY-FOUR

In or about the period of October 1, 2017, to November 30, 2017, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE RAPE, a violation of PENAL CODE SECTION 261(a)(2), a Felony, in that they did unlawfully accomplish an act of sexual intercourse with a person, to wit JANE DOE 5, not his spouse, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

///

**COUNT THIRTY-FIVE**

In or about the period of October 1, 2017, to November 30, 2017, in the County of Los Angeles, defendants NAASON JOAQUIN GARCIA and ALONDRA OCAMPO committed the crime of FORCIBLE ORAL COPULATION, a violation of PENAL CODE SECTION 287(c)(2)(A), a Felony, in that they did unlawfully accomplish an act of oral copulation with a person, to wit JANE DOE 5, against said person's will by means of force, violence, duress, menace, or fear of immediate and unlawful bodily injury on said person or another.

**COUNT THIRTY-SIX**

~~In or about the period of October 1, 2017, to November 30, 2017, in the County of Los Angeles, defendant NAASON JOAQUIN GARCIA committed the crime of EXTORTION, a violation of PENAL CODE SECTION 518, a Felony, in that he extorted property or other consideration from JANE DOE 5, by means of force and threat such as is mentioned in Section 519.~~

**SPECIAL ALLEGATION – VIOLENT SEX OFFENSES**

It is further alleged that defendants NAASON JOAQUIN GARCIA, ALONDRA OCAMPO, and SUSANA OAXACA MEDINA are ineligible for probation or suspension of sentence pursuant to PENAL CODE SECTION 1203.065(a).

**NOTICE:** Convictions for the offenses alleged in counts 1-5, 7-15, 19-25, 27-29, 31, and 33-35 of this Information will require the defendants to register pursuant to Penal Code section 290 et seq. Willful failure to register is a crime.

**NOTICE:** Conviction of these offenses will require the defendant to provide DNA samples and print impressions pursuant to Penal Code section 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

///

///

14

First Amended Information

1 **NOTICE:** The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270 [127 S.Ct. 856, 166 L.Ed.2d 856].

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JAMES ROOT
Senior Assistant Attorney General
PATRICIA FUSCO
DIANA CALLAGHAN
Supervising Deputy Attorneys General

AMANDA G. PLISNER
Deputy Attorney General
*Attorneys for People of the State of California*

First Amended Information

## INFORMATION SUMMARY

| Cnt. # | Charge | Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1. | PC 288(c)(1) | 1/2/3 | Garcia/Ocampo | | |
| 2. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | Garcia/Ocampo | | |
| ~~3.~~ | ~~PC 236.1(b)~~ | ~~8/14/20~~ | ~~Ocampo~~ | | |
| ~~4.~~ | ~~PC 266j~~ | ~~3/6/8~~ | ~~Ocampo~~ | | |
| 5. | PC 261(a)(2)/ 264(c)(2) | 7/9/11 | Garcia/Ocampo | ~~T.v.t 32~~ | |
| 6. | PC 261.5(c) | 16 m/2/3 | Garcia/Ocampo | ~~12022.7~~ | +5 |
| 7. | PC 287(c)(2)(C) | 6/8/10 | Garcia/Ocampo | | |
| 8. | PC 287(b)(1) | 16m/2/3 | Garcia/Ocampo | | |
| 9. | PC 287(c)(2)(C) | 6/8/10 | All | | |
| 10. | PC 287(b)(1) | 16m/2/3 | All | | |
| 11. | PC 182(a)(1)/ 236.1(b) | 8/14/20 | Garcia/Ocampo | | |
| ~~12.~~ | ~~PC 236.1(b)~~ | ~~8/14/20~~ | ~~Ocampo~~ | | |
| ~~13.~~ | ~~PC 236.1(b)~~ | ~~8/14/20~~ | ~~Ocampo~~ | | |
| ~~14.~~ | ~~PC 236.1(b)~~ | ~~8/14/20~~ | ~~Ocampo~~ | | |
| ~~15.~~ | ~~PC 311.2(c)~~ | ~~16m/2/3~~ | ~~Ocampo~~ | | |
| ~~16.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Ocampo~~ | | |
| ~~17.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Ocampo~~ | | |
| ~~18.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Ocampo~~ | | |
| ~~19.~~ | ~~PC 288.3~~ | ~~8m/1/18m~~ | ~~Ocampo~~ | | |
| ~~20.~~ | ~~PC 288.3~~ | ~~8m/1/18m~~ | ~~Ocampo~~ | | |
| ~~21.~~ | ~~PC 288.3~~ | ~~8m/1/18m~~ | ~~Ocampo~~ | | |
| 22. | PC 261(a)(2)/ 264(a) | 3/6/8 | Garcia | | |
| 23. | PC 287(c)(2)(A) | 3/6/8 | Garcia | | |
| 24. | PC 261(a)(2)/ 264(a) | 3/6/8 | Garcia | | |
| 25. | PC 287(c)(2)(A) | 3/6/8 | Garcia | | |
| ~~26.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Garcia~~ | | |
| 27. | PC 311.11(a) | 16/2/3 | Garcia | | |
| 28. | PC 261(a)(2)/ 264(a) | 3/6/8 | Garcia/Ocampo | | |
| 29. | PC 287(c)(2)(A) | 3/6/8 | Garcia/Ocampo | | |
| ~~30.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Garcia~~ | | |
| 31. | PC 261(a)(2)/ 264(a) | 3/6/8 | Garcia/Ocampo | | |
| ~~32.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Garcia~~ | | |
| 33. | PC 289(a)(1)(A) | 3/6/8 | Ocampo | | |
| 34. | PC 261(a)(2)/ 264(a) | 3/6/8 | Garcia/Ocampo | | |
| 35. | PC 287(c)(2)(A) | 3/6/8 | Garcia/Ocampo | | |
| ~~36.~~ | ~~PC 518~~ | ~~2/3/4~~ | ~~Garcia~~ | | |

LA2017801101
62464597.docx

16

## DECLARATION OF SERVICE BY E-MAIL

Case Name: **People v. Garcia, et al.**
No.: **BA484133**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On October 5, 2020, I served the attached

### FIRST AMENDED INFORMATION

by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

John Patrick Carey
pat@patcareylaw.com
*Attorney for Susana Oaxaca*

Fred Thiagarajah
fred@rightchoicelaw.com
*Attorney for Alondra Ocampo*

Alan Jackson
ajackson@werksmanjackson.com
Caleb Mason
cmason@werksmanjackson.com
Kelly C. Quinn
kquinn@werksmanjackson.com
*Attorneys for Naason Garcia*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 5, 2020, at Los Angeles, California.

Susan Figueroa
Declarant

*[signature]*
Signature

LA2018801487
63463009.docx