FILED
CLERK, U.S. DISTRICT COURT
10/25/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NAASON JOAQUIN GARCIA,<br><br>  Defendant. | CR No. 2:23-cr-00521-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(a), (e): Production of Child Pornography and 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(a), (e)]

On or about May 6, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant NAASON JOAQUIN GARCIA knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor Victim 1, who was then approximately 16 years old, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that the visual depiction would be mailed or transported and transmitted in and affecting interstate and foreign commerce and that such visual depiction was produced using

1  materials that had been mailed, shipped, and transported in and
2  affecting interstate and foreign commerce, and which visual depiction
3  was actually transported and transmitted in and affecting interstate
4  commerce.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about June 3, 2019, in Los Angeles County, within the Central District of California, defendant NAASON JOAQUIN GARCIA knowingly possessed an iPad, bearing serial number DLXWM1AUHPJ4, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

//

//

The child pornography that defendant GARCIA possessed on the iPad included, but was not limited to:

- A video titled IMG_0502;
- A video titled IMG_0503;
- A video titled IMG_0504;
- A video titled IMG_0505; and
- A video titled IMG_0506.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSH O. MAUSNER
Assistant United States Attorney
Chief, Violent & Organized Crime Section

CATHARINE A. RICHMOND
Assistant United States Attorney
Violent & Organized Crime Section

4