UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America   Plaintiff,

-against-

Naason Joaquin Garcia   Defendant.

25 cr 0370 ( )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Evan J. Wolk, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Massachusetts; and that his/her contact information is as follows (please print):

Applicant's Name: Evan J. Wolk

Firm Name: Werksman Jackson & Quinn LLP

Address: 888 W. 6th Street, Fourth Floor

City / State / Zip: Los Angeles, CA 90017

Telephone / Fax: (213) 688-0460 / (213) 642-1942

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Naason Joaquin Garcia in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 15, 2025

*Loretta A. Preska*
Loretta A. Preska
United States District Judge