UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

NAASÓN JOAQUÍN GARCÍA,
EVA GARCÍA DE JOAQUÍN,
JORAM NÚÑEZ JOAQUÍN, et al.,

Defendants.

25-CR-370 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Trial in this case is currently scheduled to begin March 15, 2027. Due to a scheduling conflict, the Court must adjourn trial to begin on March 29, 2027.

The Court thanks counsel for their understanding.

**SO ORDERED.**

Dated: New York, New York
September 3, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge